■ In the Matter of ANDREW G. MALONEY (Admitted as ANDREW GERALD EARDLEY MALONEY), a Disbarred Attorney. [936 NYS2d 573]

Mastro, A.P.J., Rivera, Skelos, Dillon and Roman, JJ., concur.